1  ROBERT R. MOORE (BAR NO. 113818)
   MICHAEL J. BETZ (BAR NO. 196228)
2  NICHOLAS A. SUBIAS (BAR NO. 228789)
   ANTON L. HASENKAMPF (BAR NO. 267488)
3  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
4  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
5  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
6  E-Mail:  rmoore@allenmatkins.com
            mbetz@allenmatkins.com
7           nsubias@allenmatkins.com
            ahasenkampf@allenmatkins.com
8
   Attorneys for Non- Party Appellants
9  Cary Collins and Collins and Associates

10                      UNITED STATES DISTRICT COURT

11                      EASTERN DISTRICT OF CALIFORNIA

12                           SACRAMENTO DIVISION

13  In re:

14  SK FOODS, LP,

15         Debtor.

16

17

18  Bradley D. Sharp, et al.,

19         Plaintiff,

20     vs.

21  SSC Farms, I, LLC, et al.,

22         Defendants.

Case Nos.  2:12-cv-00775-LKK; 2:12-cv-00923-LKK; 2:12-cv-01308-LKK; 2:12-cv-1464-LKK

**COMBINED STIPULATION AND [PROPOSED] ORDER: (1) SHORTENING TIME ON ALLEN MATKINS' MOTION TO WITHDRAW; AND (2) EXTENDING BRIEFING SCHEDULE**

[*Application to Shorten Time Pending*]

Ctrm:   4
Judge:  Hon. Lawrence K. Karlton

Appeal Filed:   April 10, 2012

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

850726.01/SF

Case Nos.  2:12-cv-00775-LKK; 2:12-cv-00923-LKK; 2:12-cv-01308-LKK; 2:12-cv-1464-LKK
Stipulation and [Proposed] Order

1  It is stipulated by and between counsel for Non-Party Appellants Cary Collins and Collins
2  and Associates ( collectively "Appellants") and Appellee Bradley D. Sharp ("Trustee") that:

3  (1)  The hearing on Allen Matkins' Motion to Withdraw as Counsel shall take place in
4  Courtroom 4 of the above titled Court on July 23, 2012 at 10 a.m.  No opposition or reply papers
5  shall be filed the Trustee or Appellants.

6  (2)  The deadline for Appellants to file their opening brief and excerpts of record is hereby
7  extended for 30 days, to August 23, 2012.  The appellee's opening brief is due within **fourteen**
8  **(14) days** after service of appellants' brief.  The appellants may file a reply brief with the district
9  court, within **fourteen (14) days** after service of appellee's brief.  Once all briefs have been
10 submitted, appellants are to notify the court in writing, within **fourteen (14) days** after service of
11 appellants' reply brief, that the appeal is ready for oral argument.

12 IT IS SO STIPULATED.

13 Dated: July __, 2012          SCHNADER HARRISON SEGAL
                                 & LEWIS LLP
14
15                               By: */s/ Kevin Coleman* (as authorized on 7-17-12)
                                     KEVIN W. COLEMAN
16                                   Attorneys for Appellee Bradley D. Sharp,
                                     Chapter 11 Trustee
17

18 Dated: July 17, 2012          ALLEN MATKINS LECK GAMBLE
                                   MALLORY & NATSIS LLP
19

20                               By:/s/  *Robert R. Moore*
21                                   ROBERT R. MOORE
                                     Attorneys for Non-Party Appellants
22                                   Cary Collins and Collins and Associates

23

24 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

25 (1)  The hearing on Allen Matkins' Motion to Withdraw as Counsel shall take place in
26 Courtroom 4 of the above titled Court on August 6, 2012 at 10 a.m.  No opposition or reply papers
27 shall be filed by the Trustee or Appellants.

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

850726.01/SF

Case Nos.   2:12-cv-00775-LKK; 2:12-cv-00923-
LKK; 2:12-cv-01308-LKK; 2:12-cv-1464-LKK
Stipulation and [Proposed] Order

1    (2) The deadline for appellants to file their opening brief and excerpts of record is hereby extended 60 days. The appellee's opening brief is due within **fourteen (14) days** after service of appellants' brief. Appellants are cautioned that a business entity (including Collins & Associates) may not file papers, argue or otherwise represent itself in court ("<u>pro se</u>"), but must instead retain new counsel, if its current counsel's motion to withdraw is granted. Appellants may file a reply brief with the district court, within **fourteen (14) days** after service of appellee's brief. Once all briefs have been submitted, appellants are to notify the court in writing, within **fourteen (14) days** after service of appellants' reply brief, that the appeal is ready for oral argument.

Dated: July 24, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT